**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALWYNE FITZGERALD ST. ROSE,**

    **Petitioner,**

**vs.**                                          **Case No. 4:14cv571-MW/CAS**

**ERIC H. HOLDER, JR., et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner submitted a petition for writ of habeas corpus pursuant to § 2241 on October 27, 2014.  Doc. 1.  Although Petitioner did not pay the $5.00 filing fee for this case or submit an in forma pauperis motion, the petition has been reviewed because Petitioner is detained at the Baker County Detention Facility in McClenny, Florida.  *Id.* at 3, 26.  Petitioner alleges that he is detained by the United States Immigration and Customs Enforcement and physically located at the Baker County Detention Facility awaiting removal to his native country of St. Lucia.  Petitioner has resided in the United States for forty years, but was ordered removed on December 18, 2012.  *Id.* at 3.  Petitioner states that he was taken into the custody of ICE on May 1, 2014, and has remained in detention since that date.  *Id.*

Because Petitioner is not detained within the jurisdiction of the Northern District of Florida, pursuant to Rumsfeld v. Padilla, 542 U.S. 426, 439, 124 S.Ct. 2711, 159 L.Ed.2d 513 (2004), this case should be transferred to the Middle District of Florida. Generally, when a "§ 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." Padilla, 542 U.S. at 447, 124 S.Ct. at 2724.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).  This case should be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, which encompasses Baker County, Florida, where the Petitioner is housed.  After transfer, the issue of the filing fee may be addressed as appropriate by the Middle District.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, including addressing the issue of the filing fee.

**IN CHAMBERS** at Tallahassee, Florida, on October 30, 2014.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:14cv571-MW/CAS