# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ALWYNE FITZGERALD ST. ROSE,**

    **Petitioner,**

**v.**                                        **CASE NO. 4:14cv571-MW/CAS**

**ERIC H. HOLDER, JR., et al.,**

    **Respondents.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 3. Upon consideration, no objection having been filed by Petitioner,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. This cause is **transferred** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, including addressing the issue of the filing fee.

    **SO ORDERED on December 2, 2014.**

                                                   **s/Mark E. Walker            **
                                                   **United States District Judge**